**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT\**

| | |
|---|---|
| PHYLLIS A. HUSTER | ) |
| | ) |
| Plaintiff - Appellant, | ) |
| | ) |
| vs. | ) |
| | ) Civil No.: 16-1639 |
| J2 CLOUD SERVICES, INC., ADVANCED MESSAGING TECHNOLOGIES, INC., UNIFIED MESSAGING SOLUTIONS, LLC, ACACIA PATENT ACQUISITION, LLC, CHARLES R. BOBO, II, | ) ) ) ) ) |
| | ) |
| Defendants - Appellees. | ) |
| | ) |
| | ) |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

At Appellant's request, counsel for Appellant, Charlena Thorpe, requests an order from this Court permitting counsel to withdraw as counsel of record for Appellant to allow Appellant to proceed pro se. This motion is made pursuant to Federal Circuit Rules 47.3(d). Ms. Huster has been given notice of this motion.

Respectfully submitted,

Dated: April 28, 2015  By: /s/ Charlena Thorpe
        Charlena Thorpe
        Georgia Bar No. 760954
        charlena.thorpe@charlenathorpe.com
        INCORPORATING INNOVATION LLC WITH
        CHARLENA THORPE, PATENT ATTORNEY
        2180 Satellite Boulevard
        Suite 400
        Duluth, GA 30097
        Tel: 770-239-1642
        Fax: 888-898-3784

        Attorney for Appellant

I certify that I have served MOTION TO WITHDRAW AS COUNSEL OF RECORD via the Court's CM/ECF system on April 28, 2016, to the attorneys of record.

Dated: April 28, 2016       By: /s/ Charlena Thorpe

                              Charlena Thorpe
                              Georgia Bar No. 760954
                              charlena.thorpe@charlenathorpe.com
                              THE LAW OFFICE OF CHARLENA THORPE, INC.
                              2180 Satellite Boulevard Suite 400
                              Duluth, GA 30097
                              Tel: 770-239-1642, Fax: 888-898-3784

                              Attorney for Appellants