NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHYLLIS A. HUSTER,**
*Plaintiff-Appellant*

v.

**J2 CLOUD SERVICES, INC., ADVANCED MESSAGING TECHNOLOGIES, INC., UNIFIED MESSAGING SOLUTIONS, LLC, ACACIA PATENT ACQUISITION, LLC, CHARLES R. BOBO, II,**
*Defendants-Appellees*

---

2016-1639

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:14-cv-03304-ELR, Judge Eleanor L. Ross.

---

**ON MOTION**

---

**O R D E R**

Charlena Thorpe moves to withdraw as counsel for Phyllis A. Huster. Ms. Huster separately moves to withdraw Ms. Thorpe as counsel and for a 30-day extension of time to secure new counsel and to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to withdraw counsel are granted.

(2) The motion for extension of time is granted to the extent that Ms. Huster's opening brief is due no later than June 3, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32